IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00416-CMA-MJW

JENELLE GOODRICH,

Plaintiff(s),

v.

PACIFIC DENTAL SERVICES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Vacate and Hold in Abeyance Scheduling/Planning Conference (docket no. 8) is GRANTED as follows. The Rule 16 Scheduling Conference set on May 17, 2011, at 10:00 a.m. is VACATED. The parties have informed the court in the subject motion (docket no. 8) that they have reached a settlement in this case.  Accordingly, it is FURTHER ORDERED that the parties shall file their stipulated motion to dismiss with the court on or before June 20, 2011, or show cause why this case should not be dismissed.

Date:  May 6, 2011