**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00416-CMA-MJW

JENELLE GOODRICH,

    Plaintiff,

v.

PACIFIC DENTAL SERVICES, INC. d/b/a CRESTLINE DENTAL GROUP,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with F.R.Civ.P. 41(a), Plaintiff's Motion To Dismiss (Doc. # 11), and the Stipulated Motion To Vacate (Doc. # 8) signed by the attorneys for the parties hereto, it is

    ORDERED that this Complaint and cause of action are DISMISSED WITH PREJUDICE.

    DATED:  May __17__, 2011

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge